HORD v. THE CORPORATION OF NOBLESVILLE.

*A party after moving in arrest of judgment can not move for a new trial.*

APPEAL from the *Hamilton* Court of Common Pleas. *Monday,* STUART, J.—This was a proceeding before the mayor for *December* 18. a violation of one of the ordinances or by-laws of the town; and was appealed to the Common Pleas. Trial by jury, and fine of 5 dollars.

Here, as in many other cases decided lately, none of the evidence is in the record. The defendant also supersedes his motion for a new trial by first moving in arrest of judgment. *Bepley* v. *The State,* 4 Ind. 264.

*Per Curiam.*—The judgment is affirmed with costs.

*W. Garver*, for the appellant.

*D. C. Chipman* and *J. Robinson*, for the appellee.